# United States District Court
## *Southern District of Georgia*

LASHONDA SPRINGS

_____        Case No.  1:25-cv-00287-JRH-BKE
            Plaintiff

**v.**                                  Appearing on behalf of

REWORLD SOLUTIONS, LLC                  Defendant
_____        _____
            Defendant                        (Plaintiff/Defendant)


### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 11th day of March, 2026.


_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

                    *****

NAME OF PETITIONER:        Cameron W. Ellis
                          _____

    Business Address:      OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
                          _____
                                      Firm/Business Name

                           600 Peachtree Street NE
                          _____
                                      Street Address

                           Suite 4300          Atlanta        GA      30308
                          _____  _____  _____  _____
                           Street Address (con't)   City       State    Zip

                           same
                          _____
                                 Mailing Address (if other than street address)

                          _____  _____  _____  _____
                            Address Line 2         City           State     Zip

                           404-946-0870                          974199
                          _____  _____
                            Telephone Number (w/ area code)      Georgia Bar Number

    Email Address:         cameron.ellis@ogletreedeakins.com
                          _____